UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:24-cv-22906-RAR

LYNN HARRIS,
a citizen and resident of Michigan,

  Plaintiff,

v.

NCL (BAHAMAS) LTD., d/b/a
NORWEGIAN CRUISE LINES,
a Bermuda Corporation,

  Defendant.
_____/

**NOTICE OF CHANGE OF ADDRESS AND EMAIL**

  Attorney, JULIO D. TORRES, files this Notice of Change of Address and Contact Information. All future pleadings, memoranda, correspondence, orders, etc., should be sent to:

| | |
|---|---|
| Law Firm: | Gerson & Schwartz, P.A. |
| Address: | 1980 Coral Way |
| | Miami, FL 33145-2624 |
| | (305) 371-6000 |
| | (305) 371-5749 (fax) |
| Email: | jdtorres@gslawusa.com |

Dated: August 5, 2024

                Respectfully submitted,

                ***/s/ JULIO D. TORRES***
                JULIO D. TORRES, Esq.
                Florida Bar No. 1040446
                jdtorres@gslawusa.com
                filing@glawusa.com
                GERSON & SCHWARTZ, P.A.
                1980 Coral Way
                Miami, FL 33145-2624
                Telephone: (305) 371-6000
                Facsimile: (305) 371-5749
                *Attorneys for Plaintiff*