UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-22906-RAR

**LYNN HARRIS**,

    Plaintiff,

v.

**NCL (BAHAMAS) LTD.**, *d/b/a*
**NORWEGIAN CRUISE LINES**,

    Defendant.
_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Elisabeth M. Rock, Esq., on **April 17, 2025 at 1:00 P.M.** via videoconference.[1] A report of the mediation must be filed **within seven (7) days** thereafter.

**DONE AND ORDERED** in Miami, Florida, this 26th day of December, 2024.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

---

[1] On December 23, 2024, the Court gave the parties leave to conduct the mediation remotely. *See* [ECF No. 15].