UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:24-CV-22906-RAR

LYNN HARRIS,
a citizen and resident of Michigan,

      Plaintiff,

v.

NCL (BAHAMAS) LTD., d/b/a
NORWEGIAN CRUISE LINES, a Bermuda
Corporation,

      *Defendant*.

_____/

## JOINT MOTION FOR LEAVE TO RESCHEDULE MEDIATION

The Parties, by and through their respective undersigned counsel, hereby move this Honorable Court for entry of an Order Granting Leave to Reschedule Mediation, and in support thereof state the following:

1.     Pursuant to this Court's Scheduling Order dated December 10, 2024 [ECF No. 13], the deadline to complete mediation is set for August 26, 2025.

2.     The Parties scheduled mediation for April 17, 2025, at 1:00 P.M. with Elisabeth M. Rock, Esq. via videoconference and an Order Scheduling Mediation was entered by this Court on December 26, 2024. [ECF No. 17 12].

3.     The Parties have been diligently engaged in moving the case forward, including the collection and review of medical records and liens relevant to the claims at issue and informal settlement discussions.

Case No.: 24-cv-24818-KMW

4.      Despite their efforts, the Parties are not yet ready to sit for a meaningful and productive mediation.

5.      As such, the Parties respectfully request this Court's approval to reschedule the mediation for July 14, 2025 at 10:00 A.M., again with Elisabeth M. Rock, Esq. via videoconference.

6.      Granting this Motion and allowing the Parties to reschedule mediation will not have an adverse effect on the Parties, nor will it cause any delay to this Court's schedule.

WHEREFORE, the Parties respectfully the Court enter an order granting leave to reschedule the Mediation Conference.


By: */s/ Todd L. Sussman*_____          By: */s/ David L. Markel*_____
        Florida Bar No. 0084729                            Florida Bar No. 78306

Todd L. Sussman, Esq.                              David L. Markel, Esq.
NORWEGIAN CRUISE LINE                   GERSON & SCHWARTZ, P.A.
7665 Corporate Center Drive                   1980 Coral Way
Miami, FL  33126                                     Miami, Florida 33145
Telephone: (305) 436-4377                      Telephone: (305) 371-6000
Facsimile:  (305) 468-2132                       Facsimile: (305) 371-5749
tsussman@nclcorp.com                           dmarkel@gslawusa.com
jjara@nclcorp.com                                   *Attorneys for Plaintiff*
*Attorneys for Defendant*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17[h] day of April 2025, a true and correct copy of the foregoing was served by email upon counsel indicated on the attached Service List.

By: */s/ Todd L. Sussman*_____
        **Todd L. Sussman, Esq.**

*Case No.: 24-cv-22906-RAR*

## <u>SERVICE LIST</u>

*Lynn Harris vs. NCL (Bahamas) Ltd.*
Case No.: 24-cv-22906-RAR
United States District Court for the Southern District of Florida

Todd L. Sussman, Esq.
NORWEGIAN CRUISE LINE
7665 Corporate Center Drive
Miami, FL  33126
Telephone: (305) 436-4653
Facsimile: (305) 468-2132
tsussman@nclcorp.com
ddeluca@ncl.com
*Attorneys for Defendant*

Philip M. Gerson, Esq.
Nicholas I. Gerson, Esq.
Edwards. Schwartz, Esq.
David L. Markel, Esq.
GERSON & SCHWARTZ, P.A.
1980 Coral Way
Miami, Florida 33145
Telephone: (305) 371-6000
Facsimile: (305) 371-5749
pgerson@gslawusa.com
ngerson@gslawusa.com
eschwartz@gslawusa.com
dmarkel@gslawusa.com
*Attorneys for Plaintiff*