UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-22906-RAR

**LYNN HARRIS**,

    Plaintiff,

v.

**NCL (BAHAMAS) LTD.**, *d/b/a*
**NORWEGIAN CRUISE LINES**,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** comes before the Court upon *sua sponte* review of the record. On July 2, 2025, the parties filed a Joint Motion to Stay the Case Due to Plaintiff's Continued Medical Treatment of Her Alleged Injuries ("Joint Motion"). [ECF No. 20]. That same day, the Court issued an Order Administratively Closing Case and Requiring Status Reports ("Order"). [ECF No. 21]. The Order granted the Joint Motion and required the parties to file a Joint Status Report every sixty (60) days from the Order's filing informing the Court on the progress of this case. *See generally* Order. To date, no joint status report has been filed, and no extension of time has been requested. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that on or before **September 10, 2025**, the parties shall file a joint status report or show good cause for their failure to timely comply with the Order. Upon filing a joint status report pursuant to this Order, the parties shall file further joint status reports every **sixty (60) days** thereafter. Failure to comply with this Order will result in the dismissal of this case without further notice.

**DONE AND ORDERED** in Miami, Florida, this 8th day of September, 2025.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**